TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

SEALED

FILED US District Court-UT
JUN 22 '22 PM12:45

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER PHAM,<br><br>Defendant. | INDICTMENT<br><br>COUNT 1: Conspiracy to Distribute Marijuana and Tetrahydrocannabinols (21 U.S.C. §§ 846 and 841(a)(1))<br><br>COUNT 2: Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h)) |

Case: 2:22-cr-00224
Assigned To : Nielson, Howard C., Jr
Assign. Date : 6/22/2022

The Grand Jury Charges:

**COUNT 1**
**21 U.S.C. §§ 846, 841(a)(1)**
**(Conspiracy to Distribute Marijuana and Tetrahydrocannabinols)**

Beginning on a date unknown to the Grand Jury, but not later than October 2017, and continuing through at least January 14, 2022, within the District of Utah and elsewhere,

**PETER PHAM,**

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to distribute 1,000 kilograms or more of marijuana and tetrahydrocannabinols, as defined in 21 U.S.C. § 802(16), both Schedule I controlled substances within the meaning of 21 U.S.C. § 812; all in violation of Title 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(a)(1)(A).

**COUNT 2**
**18 U.S.C. § 1956(h)**
**(Conspiracy to Commit Money Laundering)**

Beginning on a date unknown to the Grand Jury, but not later than October 2017, and continuing through at least January 14, 2022, within the District of Utah and elsewhere,

**PETER PHAM,**

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to commit the following offenses against the United States of America in violation of Title 18 U.S.C. § 1956:

(a) to knowingly conduct and attempt to conduct financial transactions, such as the purchase and distribution of marijuana and tetrahydrocannabinols, bank deposits, peer-to-peer payments, wire transfers, payment of shipping expenses, and payments to individuals, which involved the proceeds of specified unlawful activity, specifically,

i. the illegal purchase and distribution of marijuana and tetrahydrocannabinols, in violation of Title 21 U.S.C. §§ 846, 841(a)(l);

with the intent to promote the carrying on of specified unlawful activity, outlined in (i) above, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18 U.S.C. §§ 1956(h) and 1956(a)(l)(A)(i); and

(b) to knowingly conduct and attempt to conduct financial transactions, such as the purchase and distribution of marijuana and tetrahydrocannabinols, bank deposits, payments of travel expenses, purchase of vehicles, purchase of money orders,

purchases of watches, business expenditures, and payments to individuals, which involved the proceeds of specified unlawful activity, specifically,

i. the illegal purchase and distribution of marijuana and tetrahydrocannabinols, in violation of Title 21 U.S.C. §§ 846, 841(a)(l);

knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the transactions represented the proceeds of some form of unlawful activity, in violation of Title 18 U.S.C. §§ 1956(h) and 1956(a)(l)(B)(i); and

(c) knowingly engaged in a monetary transaction involving funds that were the proceeds of criminally derived property in excess of $10,000, to wit: the co-conspirators deposited approximately $31,900, $20,015, and $16,525 in cash into JPMorgan Chase account # XX9758 on July 28, 2020, August 11, 2020, and August 24, 2020 respectively, and were derived from a specified unlawful activity, specifically,

i. the illegal purchase and distribution of marijuana and tetrahydrocannabinols, in violation of Title 21 U.S.C. §§ 846, 841(a)(l);

all of which was done in violation of 18 U.S.C. § 1956(h); and punishable pursuant to 18 U.S.C. § 1956(a)(1).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

Jamie Thomas

JAMIE Z. THOMAS
Assistant United States Attorney